# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CR-12-007- JHP |
| LEE MARTIN DE LA TORRE, a/k/a LEE HARLAN DE LA TORRE, | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge (Dkt # 35) whereby the Magistrate Judge recommends that Defendant's Motion to Suppress (Dkt.# 23) be denied. Defendant filed an Objection to the Report and Recommendation on March 1, 2012. Upon careful review of the Report and Recommendation, the argument of counsel during the hearing on Defendant's Objection conducted on April 13, 2012, as well as all relevant case law, this Court finds the Report and Recommendation is well-reasoned and based upon applicable law. Accordingly, this Court adopts the Magistrate's Report and Recommendation as the ruling of this Court.

**IT IS SO ORDERED this 26th day of April, 2012.**

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma