IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

FILED
DEC - 5 2012
WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By:_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. CR-12-007-JHP ) |
| LEE MARTIN DE LA TORRE, a/k/a Lee Harlan De La Torre, | ) ) ) |
| Defendant. | ) |

## NOTICE OF DISMISSAL OF ORIGINAL INDICTMENT

**COMES NOW** the plaintiff, United States of America, by and through United States Attorney Mark F. Green and Assistant United States Attorney Christopher J. Wilson, and dismisses the original Indictment as to the defendant, **LEE MARTIN DE LA TORRE, a/k/a Lee Harlan De La Torre**, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The defendant has heretofore entered into a plea agreement and pled guilty to Count ONE of the First Superseding Indictment and further prosecution is deemed unwarranted.

MARK F. GREEN
United States Attorney

_/s/_

CHRISTOPHER J. WILSON, OBA # 13801
Assistant United States Attorney
1200 West Okmulgee
Muskogee, OK 74401
(918) 684-5100

LEAVE GRANTED FOR FILING:

_/s/_
JAMES H. PAYNE
United States District Judge