FILED
DEC - 5 2012
WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By:_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LEE MARTIN DE LA TORRE, a/k/a )<br>Lee Harlan De La Torre, )<br>)<br>Defendant. ) | Case No. CR-12-007-JHP |

## NOTICE OF DISMISSAL AS TO COUNTS TWO AND THREE OF SUPERSEDING INDICTMENT

**COMES NOW** the plaintiff, United States of America, by and through United States Attorney Mark F. Green and Assistant United States Attorney Christopher J. Wilson, and dismisses Counts TWO and THREE of the First Superseding Indictment as to the defendant, **LEE MARTIN DE LA TORRE, a/k/a Lee Harlan De La Torre**, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The defendant has heretofore entered into a plea agreement and pled guilty to Count ONE of the First Superseding Indictment and further prosecution is deemed unwarranted.

MARK F. GREEN
United States Attorney

_____
CHRISTOPHER J. WILSON, OBA # 13801
Assistant United States Attorney
1200 West Okmulgee
Muskogee, OK 74401
(918) 684-5100

LEAVE GRANTED FOR FILING:

_____
JAMES H. PAYNE
United States District Judge